DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| IN RE:<br><br>CINDY YUN KONG IKEOKA<br><br><br><br>Debtor | CHAPTER 13<br>CASE NO. 16-52802 HLB<br><br>**STATEMENT ADJOURNING 341(a)**<br>**MEETING OF CREDITORS**<br>Fed. R. Bankr. P. 2003(e) |

TRACKING OF MOTION TO DISMISS.

| | |
|---|---|
| **DATE:** January 25, 2017<br>**TIME:** 10:45 am | **LOCATION:** 1000 S. Main St. #214<br>Salinas, CA 93902 |

**Debtor Must Attend!**

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served a copy of the Notice of Continuance of Meeting of Creditors by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 17, 2016. Said envelopes were addressed as follows:

CINDY YUN KONG IKEOKA
548 AGUAJITO RD
CARMEL, CA  93923

/s/  Esmeralda  Mejia
Office of Devin Derham-Burk, Trustee

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.