```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                          Case No. 16-52802-HLB
Cindy Yun Kong Ikeoka                                           Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5           User: nortiz            Page 1 of 1           Date Rcvd: Nov 28, 2016
                               Form ID: pdfnonrd       Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
```
db            +Cindy Yun Kong Ikeoka,    548 Aguajito Road,    Carmel, CA 93923-9433
cr            +Chevy Chase Funding LLC, Mortgage-Backed Certifica,    C/O Buckley Madole, P.C.,
                12526 High Bluff Drive, Suite 238,    San Diego, CA 92130-2066
reqntc        +DEUTSCHE BANK NATIONAL TRUST COMPANY,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                6409 CONGRESS AVE.,,    SUITE 100,   BOCA RATON, FL 33487-2853
14425819      +Bank of America,    P.O. Box 940335,    Simi Valley, CA 93094-0335
14446150      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                BANKRUPTCY DEPARTMENT,    6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
14425818      +HSBC,   1421 Kristina Way,    Chesapeake, VA 23320-8917
14425816      +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14425820       E-mail/Text: cio.bncmail@irs.gov Nov 29 2016 01:42:22      IRS,   Ogden, UT,    84201
14425817      +Fax: 407-737-5634 Nov 29 2016 02:33:40      Ocwen,   1661 Worthington Road, Ste. 100,
                West Palm Beach Florida 33409-6493
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14432835*      Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
```
              April Harriott    on behalf of Requestor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               aharriott@rasflaw.com
              Devin Derham-Burk    ctdocs@ch13sj.com
              Erica Loftis    on behalf of Creditor    Chevy Chase Funding LLC, Mortgage-Backed Certificates,
               Series 2005-1, U.S. Bank National Association, as Trustee ("Secured Creditor"), as serviced by
               Specialized Loan Servicing LLC ("SL Erica.Loftis@BuckleyMadole.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                             TOTAL: 4
```

```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | Case No. 16-52802 HLB |
| CINDY YUN KONG IKEOKA | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**TRUSTEE'S STATEMENT OF NON-READINESS FOR CONFIRMATION**

The above case is not ready for confirmation based on outstanding objections to confirmation of the plan or other deficiencies, such as a default on Chapter 13 plan payments. At the scheduled confirmation hearing, the case will be taken off calendar and placed on the Trustee's Pending List ("TPL"), subject to being restored to the confirmation calendar.

Dated:  November 23, 2016      /s/  DEVIN DERHAM-BURK
                               DEVIN DERHAM-BURK, TRUSTEE

16-52802 HLB -Trustee's Statement of Non-Readiness