1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  DEVIN L. PACE #256514
   NANETTE DUMAS #148261
3  JANE Z. BOHRER #243692
   P. O. BOX 50013
4  SAN JOSE, CA 95150-0013

5  Telephone: (408) 354-4413
   Facsimile:  (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| IN RE: | CHAPTER 13 CASE NO. 16-52802 HLB |
|---|---|
| CINDY YUN KONG IKEOKA, | NOTICE OF HEARING ON MOTION BY CHAPTER 13 TRUSTEE TO DISMISS CASE WITH A BAR TO RE-FILING |
| | Hearing Date: February 1, 2017
Hearing Time: 11:00 a.m.
Judge: Hon. Hannah L. Blumenstiel
Place:  1000 S. Main St., Room 214
        Salinas, CA  93901 |
| Debtor. | |

**TO:  CINDY YUN KONG IKEOKA and ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT on February 1, 2017 at 11:00 a.m., or as soon thereafter as the matter can be heard by the Honorable Hannah L. Blumenstiel, or any judge sitting in her stead, in the United States Bankruptcy Court, Northern District of California, San Jose Division, located 1000 South Main St., Room 214, Salinas, CA  93901, the Chapter 13

Trustee, Devin Derham-Burk ("Trustee"), will bring on for hearing the Trustee's motion to dismiss this case with a one-year bar to re-filing.

If you have received this notice of hearing without the motion documents and would like a complete copy of the moving papers, please request a copy from the Bankruptcy Court Clerk's office, PACER online service, or the Trustee's office by contacting Jane Bohrer, Office of Devin Derham-Burk, Trustee, P.O. Box 50013, San Jose, CA 95150-0013.

**Pursuant to Local Bankruptcy Rule 9014-1(c)(1), any opposition to the relief requested shall be filed and served on the initiating party no less than FOURTEEN (14) days prior to the scheduled hearing on this matter. Any reply shall be filed and served at least SEVEN (7)) days prior to the scheduled hearing.**

December 14, 2016

                                          /s/ *Jane Z. Bohrer*
                                          Attorney for the Chapter 13 Trustee