Cindy Yunkong Ikeoka
548 Aguajito
Carmel, CA  93923

831.655.1375



FILED

JAN 1 8 2017

United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cindy Yunkong Ikeoka,<br><br>        Debtor. | ) Case No. 16-52802  HLB<br>) Hon. Hannah L. Blumenstiel<br>) 1000 S. Main St. Rm 214<br>) Salinas, CA 93901<br>)<br>) Chapter 13<br>)<br>) **Opposition to Motion to Dismiss**<br>)<br>) Hearing Date: February 1, 2017<br>) Time: 11am<br>)<br>) |

    The Debtor Cindy Yunkong Ikeoka is requesting additional time in order to pursue Chapter 11 status. I have been speaking with attorneys who specialize in Chapter 11 such as the Fuller Law Firm, with Mr. Sam Taherian, located in San Jose California.  I also have appointments with other Chapter 11 attorneys so I can discover the best fit. Chapter 13 is not the proper place for my case although I have been given conflicting advice in the past on this matter.

I would request that the court extend me and additional 60 days to file a **Motion to Convert** to Chapter 11.

It has been a time consuming process to find and work out the numbers with a suitable attorney. Thank you for your consideration in this matter.

Respectively submitted,

Cindy Ikeoka

January 17, 2017